

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CAROLYN WALKER-DIALLO
Labor and Employment Law Division
Phone (212) 788-0868
Fax (212) 788-8877
E-mail cwalker@law.nyc.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 3 2008
```

May 28, 2008

**SO ORDERED**

*[signature]* George B. Daniels

HON. GEORGE B. DANIELS
JUN 0 2 2008

**By ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

    Re:  Greenwood v. City of New York, et al.
          08 Civ. 04474 (GBD) (KNF)

Dear Judge Daniels:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to defend the City of New York, the New York City Department of Parks and Recreation, Commissioner Raymond Kelly and Commissioner Adrian Benepe in the above referenced matter. With plaintiff's counsel's consent, I write to respectfully request that defendants' time to respond to the complaint be extended until July 8, 2008. At present the defendants' time to respond to the complaint expires on June 4, 2008. This is the defendants' first request for an extension of time. The additional time is needed to investigate the allegations set forth in the complaint and prepare an appropriate response.

Respectfully submitted,

*[signature]*
Carolyn Walker-Diallo,
Assistant Corporation Counsel

cc:  Honorable Kevin N. Fox
      United States Magistrate Judge
      Southern District of New York

      Stuart Lichten, Esq.
      Attorney for Plaintiff

275 Seventh Avenue, 17th Floor
New York, NY 10001

2