UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DOREEN GREENWOOD,

**NOTICE OF APPEARANCE**

Plaintiff,

08 Civ. 4474 (GBD)

-against-

CITY OF NEW YORK, et al.,

Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for defendants, Andrew Lunetta and Joseph Trimble, in the above-captioned action.  Please note that I am the current Assistant Corporation Counsel assigned to this case and that all future filings, or other information, related to this action can be directed to me at the below address.

Dated:      New York, New York
          August 4, 2008

          **MICHAEL A. CARDOZO**
          Corporation Counsel
          Attorney for Defendants
          100 Church Street, Room 2-140
          New York, New York 10007
          Telephone: (212) 788-0868
          Fax: (212) 788-8877
          Email: cwalker@law.nyc.gov

**By**    **ECF:**           /s/
             Carolyn Walker-Diallo
            Assistant Corporation Counsel

08 Civ. 4474 (GDB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOREEN GREENWOOD,

Plaintiff,

- against -

CITY OF NEW YORK, <u>et al.</u>,

Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
**Attorney for Defendants**
**100 Church Street, Room 2-140**
New York, NY  10007-2601

Of Counsel:    Carolyn Walker-Diallo
Tel:  (212) 788-0868

CITY NO. : 2008-019461

*Due and timely service is hereby admitted.*

New York, N.Y.  ...................................... , 200…...

..................................................................

Attorney for..................................................................