UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DOREEN GREENWOOD,

         Plaintiff,

   -against-

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF PARKS AND RECREATION;
ADRIAN BENEPE, as Commissioner of the NEW
YORK CITY DEPARTMENT OF PARKS AND
RECREATION; JOSEPH TRIMBLE, as Director of
Timekeeping, Payroll, Benefits, and Labor Relations,
of the NEW YORK CITY DEPARTMENT OF PARKS
AND RECREATION; RAYMOND KELLY, as
Commissioner of the NEW YORK POLICE
DEPARTMENT; and ANDREW LUNETTA, as
Commanding Officer of the License Division of the
NEW YORK POLICE DEPARTMENT,

         Defendants.

**DECLARATION OF**
**DOREEN GREENWOOD**

08 Civ. 4474 (GBD)

------------------------------------------------------------------x

  DOREEN GREENWOOD hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1. I am the plaintiff in this action. I submit this declaration in support of my motion for summary judgment.

  2. On or about June 28, 2000, I was hired by defendant City of New York ("City") as an Urban Park Ranger.

  3. At around that time I successfully applied to the City for appointment as a Special Patrolman.

4. On or about May 9, 2005, the City promoted me to the position of Associate Urban Park Ranger.

5. My appointment was to a "permanent" position.

6. I completed my probationary period in May 2006.

7. On April 21, 2008, the City suspended my appointment as a Special Patrolman.

8. The City has never afforded me any hearing concerning that suspension.

9. The City discharged me effective April 25, 2008.

10. The City has never served me with disciplinary charges or afforded me a disciplinary hearing.

Dated: New York, New York
September 3, 2008

DOREEN GREENWOOD