```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DOREEN GREENWOOD,

                  Plaintiff,

    -against-

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF PARKS AND RECREATION;
ADRIAN BENEPE, as Commissioner of the NEW
YORK CITY DEPARTMENT OF PARKS AND
RECREATION; JOSEPH TRIMBLE, as Director of
Timekeeping, Payroll, Benefits, and Labor Relations,
of the NEW YORK CITY DEPARTMENT OF PARKS
AND RECREATION; RAYMOND KELLY, as
Commissioner of the NEW YORK POLICE
DEPARTMENT; and ANDREW LUNETTA, as
Commanding Officer of the License Division of the
NEW YORK POLICE DEPARTMENT,

                  Defendants.

------------------------------------------------------------------x

**DECLARATION OF STUART LICHTEN**

08 Civ. 4474 (GBD)

      STUART LICHTEN, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1. I am a member of the law firm of Schwartz, Lichten & Bright, P.C., which represents plaintiff Doreen Greenwood ("Greenwood") in this action. I submit this declaration in support of plaintiff's motion for summary judgment on liability.

      2. I have attached as Exhibit A a letter from defendant Andrew Lunetta to Greenwood dated April 21, 2008.

3. Attached as Exhibit B is a letter from defendant Joseph Trimble to Greenwood dated April 24, 2008.

4. Attached as Exhibit C is an excerpt from the collective bargaining agreement between defendant City of New York and District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO, known as the Blue Collar Agreement.

5. Attached as Exhibit D is an excerpt from a list of job titles in the competitive Civil Service class, published by the New York City Department of Citywide Administrative Services.

Dated: New York, New York
  September 4, 2008

_____
STUART LICHTEN

# EXHIBIT A



POLICE DEPARTMENT

License Division
Incident Unit
1 Police Plaza, Room 110A
New York, N.Y. 10038

## NOTICE OF SUSPENSION

April 21, 2008

Ms. Doreen E. Greenwood
3716 Tenth Avenue Apt. 9B
New York, NY 10034

**Dear Special Patrolman:**

I am writing to advise you that your deputization as a Special Patrolman is suspended pursuant to the Rules of the City of New York, Title 38, Section 13-02. If you have not already done so, you must immediately deliver your Special Patrolman Identification Card and your shield (if shield was received from the License Division) to your employer.

<u>You are hereby directed to provide your assigned Investigator with the following:</u>

1. Notarized written detailed explanation of the circumstances of your incident.
2. Copy of the Certificate of Disposition from court.
3. Proof of residence (telephone/Con Edison/Keyspan bill.

You may submit written request for an Administrative Hearing if upon the conclusion of this investigation you are revoked or cancelled. If you were arrested, you may submit your request within thirty days of the Final Disposition of your case. You must provide a Certificate of Disposition from the court along with your request for a hearing. The investigator assigned to your incident is <u>(Investigator Brewster )</u> who can be reached at (1646)610-6544.

Sincerely,

Andrew Lunetta
Captain

COURTESY • PROFESSIONALISM • RESPECT
Website: http://nyc.gov/nypd

# EXHIBIT B



**City of New York
Parks & Recreation**

Adrian Benepe
Commissioner

The Arsenal
Central Park
New York, New York 10021

Arsenal North
1234 Fifth Avenue
New York, New York 10029

Pia Y. De Groat
Parks Advocate

(212) 360-1411
pia.degroat@parks.nyc.gov

April 24, 2008

Ms. Doreen Greenwood
580 Southern Blvd. #2C
Bronx, NY 10455

Dear Ms. Greenwood:

It has come to my attention that your Special Patrolman deputization has been suspended as of April 21, 2008. As you are aware, you are required to maintain special patrolman deputization as a condition of your employment. Your employment with the New York City Department of Parks and Recreation is hereby terminated, effective at the close of business on Friday, April 25, 2008. You should return all agency-issued equipment to Parks Enforcement Patrol at Arsenal North.

Sincerely,

Pia Y. Rivera
Parks Advocate

Cc: Joseph Trimble, Director of Timekeeping, Payroll, Benefits, and Labor Relations
Thomas Giannattasio, Deputy Director of Personnel
Jose Diaz, Deputy Director of Payroll and Timekeeping
Tarice Harris, Deputy Director of Benefits
Thomas Testa, DC-37



www.nyc.gov/parks

# EXHIBIT C

# 1995-2000 BLUE COLLAR AGREEMENT

AGREEMENT entered into this 5th day of April, 1999 ~~1998~~, by and between the **City of New York** and related public employers pursuant to and limited to their respective elections or statutory requirement to be covered by the New York City Collective Bargaining Law and their respective authorizations to the City to bargain on their behalf and the **New York City Health and Hospitals Corporation** (hereinafter referred to jointly as the "Employer"), and **District Council 37, AFSCME, AFL-CIO** (hereinafter referred to as the "Union"), for the sixty (60) month period from April 1, 1995 to March 31, 2000.

## WITNESSETH:

**WHEREAS**, the parties hereto have entered into collective bargaining and desire to reduce the results thereof to writing,

**NOW, THEREFORE**, it is mutually agreed as follows:

## ARTICLE I - UNION RECOGNITION AND UNIT DESIGNATION

### Section 1.

The Employer recognizes the Union as the sole and exclusive collective bargaining representative for the bargaining unit set forth below, consisting of employees of the Employer, wherever employed, whether full-time, part-time per annum, hourly or per diem, in the below listed title(s), and in any successor title(s) that may be certified by the Board of Certification of the Office of Collective Bargaining to be part of the unit herein for which the Union is the exclusive collective bargaining representative and in any positions in Restored Rule X titles of the Classified Service the duties of which are or shall be equated by the City Personnel Director and the Director of the Budget for salary purposes to any of the below listed title(s):

### UNIT A (Supervisory)

| TITLE | TITLE CODE NUMBER |
|---|---|
| Assistant Maintenance Supervisor | 80682 |
| Assistant Park Director * | 81205 |
| Assistant Principal Custodial Supervisor | 80560 |
| Associate Urban Park Ranger | 60422 |
| Borough Supervisor (including specialities) | 91340, 91351 |
| Crew Chief (Pest Control) | 90501 |
| Custodial Supervisor | 80510 |
| District Supervisor (Water & Sewer Systems) | 91309 |
| District Supervisor (including specialities) | 91325, 27, 91338 |
| Foreman of Gardeners | 81335 |
| General Park Foreman * | 81135 |
| Horticulturist * | 81360 |
| Maintenance Supervisor | 80684 |

\* For Incumbents Only

Section 1. - Performance Levels

a.  The Union recognizes the Employer's right under the New York City Collective Bargaining Law to establish and/or revise performance standards or norms notwithstanding the existence of prior performance levels, norms or standards. Such standards, developed by usual work measurement procedures, may be used to determine acceptable performance levels, to prepare work schedules and to measure the performance of each employee or group of employees. Notwithstanding the above, questions concerning the practical impact that decisions on the above matters have on employees are within the scope of collective bargaining. The Employer will give the Union prior notice of the establishment and/or revision of performance standards or norms hereunder.

b.  Employees who work at less than acceptable levels of performance may be subject to disciplinary measures in accordance with applicable law.

Section 2. - Supervisory Responsibility

a.  The Union recognizes the Employer's right under the New York City Collective Bargaining Law to establish and/or revise standards for supervisory responsibility in achieving and maintaining performance levels of supervised employees for employees in supervisory positions listed in Article I, Section 1, of this Agreement. Notwithstanding the above, questions concerning the practical impact that decisions on the above matters have on employees are within the scope of collective bargaining. The Employer will give the Union prior notice of the establishment and/or revision of standards for supervisory responsibility hereunder.

b.  Employees who fail to meet such standards may be subject to disciplinary measures in accordance with applicable law.

## ARTICLE VI - GRIEVANCE PROCEDURE

Section 1. - Definition:

The term "*Grievance*" shall mean:

a.  A dispute concerning the application or interpretation of the terms of this Agreement;

b.  A claimed violation, misinterpretation or misapplication of the rules or regulations, written policy or orders of the Employer applicable to the agency which employs the grievant affecting terms and conditions of employment; provided, disputes involving the Personnel Rules and Regulations of the City of New York or the Rules and Regulations of the Health and Hospitals Corporation with respect to those matters set forth in the first paragraph of Section 7390.1 of the Unconsolidated Laws shall not be subject to the grievance procedure or arbitration;

c.  A claimed assignment of employees to duties substantially different from those stated in their job specifications;

d.  A claimed improper holding of an open-competitive rather than a promotional examination;

e.  A claimed wrongful disciplinary action taken against a permanent employee covered by Section 75(1) of the Civil Service Law or a permanent employee covered by the Rules and Regulations of the Health and Hospitals Corporation upon whom the agency head has served written charges of incompetency or misconduct while the employee is serving in the employee's permanent title or which affects the employee's permanent status.

f.  Failure to serve written charges as required by Section 75 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation upon a permanent employee covered by Section 75(1) of the Civil Service Law or a permanent employee covered by the Rules and Regulations of the Health and Hospitals Corporation where any of the penalties (including a fine) set forth in Section 75(3) of the Civil Service Law have been imposed.

g.  A claimed wrongful disciplinary action taken against a labor class employee with one year of service in title, except for employees during the period of a mutually-agreed upon extension of probation.

h.  A claimed wrongful disciplinary action taken against a provisional employee who has served for two years in the same or similar title or related occupational group in the same agency.

## Section 2.

The Grievance Procedure, except for grievances as defined in Sections 1(d), 1(e), 1(g), and 1(h) of this Article, shall be as follows:

Employees may at any time informally discuss with their supervisors a matter which may become a grievance. If the results of such a discussion are unsatisfactory, the employees may present the grievance at **Step I**.

All grievances must be presented in writing at all steps in the grievance procedure. For all grievances as defined in Section 1(c), no monetary award shall in any event cover any period prior to the date of the filing of the **Step I** grievance unless such grievance has been filed within thirty (30) days of the assignment to alleged out-of-title work. No monetary award for a grievance alleging a miscalculation of salary rate resulting in a payroll error of a continuing nature shall be issued unless such grievance has been filed within the time limitation set forth in **Step I** below for such grievances; if the grievance is so filed, any monetary award shall in any event cover only the period up to six years prior to the date of the filing of the grievance.

**Step I**   The employee and/or the Union shall present the grievance in the form of a memorandum to the person designated for such purpose by the agency head no later than 120 days after the date on which the grievance arose except that grievances alleging a miscalculation of salary rate resulting in a payroll error of a continuing nature shall be presented no later than 120 days after the first date on which the grievant discovered the payroll error. The employee may also request an appointment to discuss the grievance and such request shall be granted. The person designated by the Employer to hear the grievance shall take any steps necessary to a proper disposition of the grievance and shall issue a determination in writing by the end of the third work day following the date of submission.

NOTE:   *The following STEP I(a) shall be applicable only in the Health and Hospitals Corporation in the case of grievances arising under Sections 1(a) 1(b) 1(c) and 1(f) of this Article and shall be applied prior to Step II of this Section:*

STEP I(a)   An appeal from an unsatisfactory determination at Step I shall be presented in writing to the person designated by the agency head for such purpose. The appeal must be made

within five (5) work days of the receipt of the Step I determination. A copy of the grievance appeal shall be sent to the person who initially passed upon the grievance. The person designated to receive the appeal at this Step shall meet with the employee and/or the Union for review of the grievance, and shall issue a determination to the employee and/or the Union by the end of the fifth work day following the day on which the appeal was filed.

STEP II   An appeal from an unsatisfactory determination at STEP I or STEP I(a), where applicable, shall be presented in writing to the agency head or the agency head's designated representative who shall not be the same person designated in STEP I. The appeal must be made within five (5) work days of the receipt of the STEP I or STEP I(a) determination. The agency head or designated representative, if any, shall meet with the employee and/or the Union for review of the grievance and shall issue a determination in writing by the end of the tenth work day following the date on which the appeal was filed.

STEP III  An appeal from an unsatisfactory determination at STEP II shall be presented by the employee and/or the Union to the Commissioner of Labor Relations in writing within ten (10) work days of the receipt of the STEP II determination. The grievant or the Union should submit copies of the STEP I and STEP II grievance filings and any agency responses thereto. Copies of such appeal shall be sent to the agency head. The Commissioner of Labor Relations or the Commissioner's designee shall review all appeals from STEP II determinations and shall issue a determination on such appeals within fifteen (15) work days following the date on which the appeal was filed.

STEP IV   An appeal from an unsatisfactory determination at STEP III may be brought solely by the Union to the Office of Collective Bargaining for impartial arbitration within fifteen (15) work days of receipt of the STEP III determination. In addition, the Employer shall have the right to bring directly to arbitration any dispute between the parties concerning any matter defined herein as a "grievance". The Employer shall commence such arbitration by submitting a written request therefor to the Office of Collective Bargaining. A copy of the notice requesting impartial arbitration shall be forwarded to the opposing party. The arbitration shall be conducted in accordance with the Consolidated Rules of the Office of Collective Bargaining. The costs and fees of such arbitration shall be borne equally by the Union and the Employer.

The arbitrator's decision, order or award (if any) shall be limited to the application and interpretation of the Agreement, and the arbitrator shall not add to, subtract from or modify the Agreement. The arbitrator's award shall be final and binding and enforceable in any appropriate tribunal in accordance with Article 75 of the Civil Practice Law and Rules. The arbitrator may provide for and direct such relief as the arbitrator deems necessary and proper, subject to the limitations set forth above and any applicable limitations of law.

### Section 3.

As a condition to the right of the Union to invoke impartial arbitration set forth in this Article, including the arbitration of a grievance involving a claimed improper holding of an open-competitive rather than a promotional examination, the employee or employees and the Union shall be required to file with the Director of the Office of Collective Bargaining a written waiver of the right, if any, of the employee and the Union to submit the underlying dispute to any other administrative or judicial tribunal except for the purpose of enforcing the arbitrator's award.

Section 4.

a. Any grievance under Section 1(d) relating to a claimed improper holding of an open-competitive rather than a promotional examination shall be presented in writing by the employee or the Union representative to the Commissioner of Labor Relations not later than thirty (30) days after the notice of the intention to conduct such open-competitive examination, or copy of the appointing officer's request for such open-competitive examination, as the case may be, has been posted in accordance with Section 51 of the Civil Service Law. The grievance shall be considered and passed upon within ten (10) days after its presentation. The determination shall be in writing, copies of which shall be transmitted to both parties to the grievance upon issuance.

b. A grievance relating to the use of an open-competitive rather than a promotional examination which is unresolved by the Commissioner of Labor Relations may be brought to impartial arbitration as provided in Sections 2 and 3 above. Such a grievance shall be presented by the Union, in writing, for arbitration within 15 days of the presentation of such grievance to the Commissioner of Labor Relations, and the arbitrator shall decide such grievance within 75 days of its presentation to the arbitrator. The party requesting such arbitration shall send a copy of such request to the other party. The costs and fees of such arbitration shall be borne equally by the Employer and the Union.

### Section 5. Competitive Class Disciplinary Procedure

In any case involving a grievance under Section 1(e) of this Article, the following procedure shall govern upon service of written charges of incompetency or misconduct:

STEP A  Following the service of written charges, a conference with such employee shall be held with respect to such charges by the person designated by the agency head to review a grievance at STEP I of the Grievance Procedure set forth in this Agreement. The employee may be represented at such conference by a representative of the Union. The person designated by the agency head to review the charges shall take any steps necessary to a proper disposition of the charges and shall issue a determination in writing by the end of the fifth day following the date of the conference.

If the employee is satisfied with the determination in STEP A above, the employee may choose to accept such determination as an alternative to and in lieu of a determination made pursuant to the procedures provided for in Section 75 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation. As a condition of accepting such determination, the employee shall sign a waiver of the employee's right to the procedures available to him or her under Sections 75 and 76 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation.

STEP B(i)  If the employee is not satisfied with the determination at STEP A above then the Employer shall proceed in accordance with the disciplinary procedures set forth in Section 75 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation. As an alternative, the Union with the consent of the employee may choose to proceed in accordance with the Grievance Procedure set forth in this Agreement, including the right to proceed to binding arbitration pursuant to STEP IV of such Grievance Procedure. As a condition for submitting the matter to the Grievance Procedure the employee and the Union shall file a written waiver of the right to utilize the procedures available to the employee pursuant to Sections 75 and 76 of the Civil Service Law or the Rules and Regulations of the Health and Hospitals Corporation or any other administrative or judicial tribunal, except for the purpose of enforcing an arbitrator's award, if any. Notwithstanding such waiver, the period of an employee's suspension without pay pending hearing and determination of charges shall not exceed thirty (30) days.

98092

STEP B(ii)  If the election is made to proceed pursuant to the Grievance Procedure, an appeal from the determination of STEP A above, shall be made to the agency head or designated representative. The appeal must be made in writing within five (5) work days of the receipt of the determination. The agency head or designated representative shall meet with the employee and the Union for review of the grievance and shall issue a determination to the employee and the Union by the end of the tenth work day following the day on which the appeal was filed. The agency head or designated representative shall have the power to impose the discipline, if any, decided upon, up to and including termination of the accused employee's employment. In the event of such termination or suspension without pay totaling more than thirty (30) days, the Union with the consent of the grievant may elect to skip STEP C of this Section and proceed directly to STEP D.

STEP C  If the grievant is not satisfied with the determination of the agency head or designated representative the grievant or the Union may appeal to the Commissioner of Labor Relations in writing within ten (10) days of the determination of the agency head or designated representative. The Commissioner of Labor Relations shall issue a written reply to the grievant and the Union within fifteen (15) work days.

STEP D  If the grievant is not satisfied with the determination of the Commissioner of Labor Relations, the Union with the consent of the grievant may proceed to arbitration pursuant to the procedures set forth in STEP IV of the Grievance Procedure set forth in this Agreement.

### Section 6. Labor Class Disciplinary Procedure

In any case involving a grievance under Section 1(g) of this Article, the following procedures shall apply upon service of charges of incompetency or misconduct:

STEP A  Following the service of written charges upon an employee a conference with such employee shall be held with respect to such charges by the person designated by the agency head to review a grievance at STEP I of the Grievance Procedure set forth in this agreement. The employee may be represented at such conference by a representative of the Union. The person designated by the agency head to review the charges shall take any steps necessary to a proper disposition of the charges and shall issue a determination in writing by the end of the fifth day following the date of the conference.

STEP B  If the employee is dissatisfied with the determination in STEP A above, he or she may appeal such determination. The appeal must be made within five (5) working days of the receipt of such determination. Such appeal shall be treated as a grievance appeal beginning with STEP II of the Grievance Procedure set forth herein.

### Section 7. Provisional Disciplinary Procedure

In any case involving a grievance under Section 1(h) of this Article, the following procedure shall govern upon service of written charges of incompetency or misconduct:

STEP A  Following the service of written charges, a conference with such employee shall be held with respect to such charges by the person designated by the agency head to review a grievance at STEP I of the Grievance Procedure set forth in this Agreement. The employee may be represented at such conference by a representative of the Union. The person designated by the agency head to review the charges shall take any steps necessary to a proper disposition of the charges and shall issue a determination in writing by the end of the fifth day following the date of the conference.

STEP B(i)  If the employee is not satisfied with the determination at STEP A above, then the employee may choose to proceed in accordance with the Grievance Procedure set forth in this Agreement through STEP III. The Union, with the consent of the employee, shall have the right to proceed to binding arbitration pursuant to STEP IV of such Grievance Procedure. The period of an employee's suspension without pay pending hearing and determination of charges shall not exceed thirty (30) days.

STEP B(ii)  An appeal from the determination of STEP A above shall be made to the agency head or designated representative. The appeal must be made in writing within five (5) work days of the receipt of the determination. The agency head or designated representative shall meet with the employee and the

# EXHIBIT D

## Appendix I: Competitive Class Titles

| Title Code | Title Name |
|---|---|
| 10006 | * Administrative Attorney |
| 10008 | * Administrative Auditor of Accounts |
| 10027 | * Administrative Director of Fleet Maintenance |
| 10083 | * Administrative School Security Manager |
| 40505 | * Assistant Accountant |
| 91788 | * Assistant Railroad Signal Specialist (Operations) |
| 53871 | * Associate Medical Examiner (OCME) |
| 50673 | * Associate Pharmacist (HMH) |
| 81710 | * Attendant |
| 30085 | * Attorney at Law |
| 40810 | * Auditor of Accounts |
| 82020 | * Car Appearance Supervisor (Car Equipment) |
| 82010 | * Cleaner (Transit Authority) |
| 90501 | * Crew Chief (Pest Control) |
| 82015 | * Custodial Assistant |
| 50210 | * Dentist |
| 50217 | * Dentist (HMH) |
| 80910 | * Elevator Operator |
| 82009 | * Housing Caretaker |
| 56020 | * Human Resources Specialist |
| 56006 | * Human Resources Technician |
| 90753 | * Laborer |
| 53670 | * Medical Officer |
| 81105 | * Park Service Worker |
| 50671 | * Pharmacy Technician (HMH) |
| 91649 | * Plant Maintainer (Hospitals)/Oiler |
| 81112 | * Principal Park Supervisor |
| 53210 | * Psychiatrist |
| 82006 | * Railroad Track Cleaner |
| 21755 | * Research Scientist |
| 91260 | * Schedule Maker |
| 50674 | * Senior Associate Pharmacist (HMH) |
| 40815 | * Senior Auditor of Accounts |
| 52407 | * Senior Homemaker |
| 56030 | * Senior Human Resources Specialist |
| 56011 | * Senior Human Resources Technician |
| 40820 | * Supervising Auditor of Accounts |
| 56040 | * Supervising Human Resources Specialist |
| 12650 | * Supervising Systems Analyst (HMH) |
| 91345 | * Supervisor (Buses and Shops) |
| 91346 | * Supervisor (Cars and Shops) |
| 70270 | * Surgeon |
| 91269 | * Trainmaster |
| 90745 | * Turnstile Maintainer |
| 81010 | * Watch Person |
| 10302 | * Word Processor |
| 60411 | Accompanist |
| 40510 | Accountant |

| New Title Description | Old Title Description | Newly Created Title? | # Prov. |
|---|---|---|---|
| Electrical Engineer | Electrical Engineer (Electronics) | | |
| Electrical Engineer | Electrical Engineer (Railroad Signals) | | |
| Electrical Engineer | Electrical Engineer (Radio and Television) | | |
| Mechanical Engineer | Mechanical Engineer (Cars) | | |
| Mechanical Engineer | Mechanical Engineer (Salvage) | | |
| Mechanical Engineer | Mechanical Engineer (Air Conditioning) | | |
| Service Inspector | Service Inspector (Board of Education) | Yes | |
| Service Inspector | Service Inspector (DOT) | Yes | |
| Service Inspector | Senior Service Inspector (Board of Education) | Yes | |
| Service Inspector | Senior Service Inspector (DOT) | Yes | |
| Supervisor of Installation and Maintenance | Supervisor of Mechanical Installations and Maintenance | Yes | 1 |
| Supervisor of Installation and Maintenance | Supervisor of Electrical Installations and Maintenance | Yes | 1 |
| | Total | | 3 |

| Title Code | Title Name |
|---|---|
| 33973 | Associate Market Agent |
| 20272 | Associate Operations Communications Specialist |
| 81106 | Associate Park Service Worker |
| 41122 | Associate Parking Control Specialist |
| 51455 | Associate Program Officer (Department for the Aging) |
| 22427 | Associate Project Manager |
| 31220 | Associate Public Health Sanitarian |
| 60816 | Associate Public Information Specialist |
| 60217 | Associate Public Records Officer |
| 34190 | Associate Quality Assurance Specialist |
| 34192 | Associate Quality Assurance Specialist (Foods) |
| 34193 | Associate Quality Assurance Specialist (Fuel) |
| 34195 | Associate Quality Assurance Specialist (Metals) |
| 34196 | Associate Quality Assurance Specialist (Pupil Transportation) |
| 91755 | Associate Railroad Signal Specialist |
| 91756 | Associate Railroad Signal Specialist (Operations) |
| 80122 | Associate Real Property Manager |
| 31685 | Associate Rehabilitation Specialist (HPD) |
| 40493 | Associate Retirement Benefits Examiner |
| 71682 | Associate Sanitation Enforcement Agent |
| 54485 | Associate School Food Service Manager |
| 12627 | Associate Staff Analyst |
| 60821 | Associate Supervisor of School Security |
| 35143 | Associate Taxi and Limousine Inspector |
| 71652 | Associate Traffic Enforcement Agent |
| 60866 | Associate Transit Customer Service Specialist |
| 13120 | Associate Transit Management Analyst |
| 13134 | Associate Transit Management Analyst (Operations) |
| 22124 | Associate Urban Designer |
| 60422 | Associate Urban Park Ranger |
| 34620 | Associate Water Use Inspector |
| 51237 | Audiologist (Health) |
| 12135 | Auditor of Printing |
| 92501 | Auto Body Worker |
| 92505 | Auto Machinist |
| 92510 | Auto Mechanic |
| 92511 | Auto Mechanic (Diesel) |
| 92508 | Automotive Service Worker |
| 20130 | Automotive Specialist |
| 91206 | Basin Machine Operator |
| 70370 | Battalion Chief |
| 91704 | Battery Repairer |
| 21562 | Bio-Medical Equipment Technician |
| 92305 | Blacksmith |
| 92306 | Blacksmith's Helper |
| 31815 | Blasting Inspector |
| 90751 | Boiler Maker |
| 90752 | Boiler Maker's Helper |
| 92105 | Bookbinder |

| Title Code | Title Name |
|---|---|
| 40526 | Bookkeeper |
| 91342 | Borough Maintenance Supervisor |
| 91378 | Borough Superintendent of School Buildings |
| 91340 | Borough Supervisor |
| 92205 | Bricklayer |
| 70760 | Bridge and Tunnel Lieutenant |
| 70710 | Bridge and Tunnel Officer |
| 70735 | Bridge and Tunnel Sergeant |
| 91349 | Bridge and Tunnel Supervisor |
| 91110 | Bridge Operator |
| 91135 | Bridge Operator-in-Charge |
| 91805 | Bridge Painter |
| 92310 | Bridge Repairer and Riveter |
| 92515 | Bus Maintainer - Group A |
| 92516 | Bus Maintainer - Group B |
| 92514 | Bus Maintainer Trainee - Group B |
| 91203 | Bus Operator |
| 60860 | Business Promotion Coordinator |
| 10260 | Call Center Representative |
| 70467 | Captain (Correction) |
| 91513 | Captain (Engineer) |
| 91510 | Captain (Ferry) |
| 70365 | Captain (Fire) |
| 70265 | Captain (Police) |
| 91516 | Captain (Sludge Boat) |
| 33716 | Car Inspector |
| 92605 | Car Maintainer - Group B |
| 91810 | Car Maintainer - Group C |
| 91730 | Car Maintainer Trainee |
| 92005 | Carpenter |
| 90706 | Carriage Upholsterer |
| 52291 | Case Aide |
| 52304 | Caseworker |
| 52301 | Caseworker Trainee |
| 10605 | Cashier |
| 92210 | Cement Mason |
| 13644 | Certified IT Administrator (Database) |
| 13641 | Certified IT Administrator (LAN) |
| 13642 | Certified IT Administrator (WAN) |
| 13643 | Certified IT Developer (Applications) |
| 20515 | Chemical Engineer |
| 20503 | Chemical Engineering Intern |
| 21801 | Chemist Trainee |
| 81665 | Chief Dockmaster |
| 91522 | Chief Marine Engineer |
| 91524 | Chief Marine Engineer (DC) |
| 91523 | Chief Marine Engineer (Diesel) |
| 70361 | Chief Marine Engineer (Uniformed) |
| 91526 | Chief Mate |
| 32462 | Chief of Demolition (Housing Authority) |